UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Nancy Girolamo

          Plaintiff,

v.                                             Case No.: 1:15−cv−02361
                                                Honorable Andrea R. Wood

Community Physical Therapy & Associates LTD, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons set forth in the Memorandum Opinion to follow, Defendants' motion to dismiss Plaintiff's complaint and/or motion to strike class allegations [19] is granted in part and denied in part. The motion is granted as to Counts I, II, and IV of the complaint; those counts are dismissed without prejudice. The motion is denied as to Count III. Plaintiff is granted leave to file an amended complaint that cures the deficiencies discussed in the Memorandum Opinion by no later than 5/11/2016. Defendants' request to strike the class allegations in the complaint is denied as to Count III and denied as moot with respect to Counts I, II, and IV. Plaintiff's motion to strike Defendants' affirmative defenses [24], Plaintiff's motion for conditional certification of a collective action and for judicial notice [46], Defendants' motion to strike portions of Plaintiff's declaration in support of her motion for conditional certification [52], and Defendants' motion for leave to file a surreply to Plaintiff's motion for conditional certification [58] are all denied without prejudice. The parties may renew those arguments, as appropriate, after Plaintiff either files an amended complaint or determines to proceed only on the surviving claims of the original complaint. The status hearing set for 4/20/2016 is stricken and reset for 5/18/2016 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.