IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2017
MAGISTRATE JUDGE
MARY M. ROWLAND

NANCY GIROLAMO, on behalf of herself and all others similarly situated,

Plaintiff,

v.

COMMUNITY PHYSICAL THERAPY & ASSOCIATES, LTD. and ROBERT TRIPICCHIO,

Defendants.

Case No.: 15-cv-2361

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Nancy Girolamo, Roy Damolo, Ginger Carney, John Mischke, Eunice Mcghee, Shilip Soni, Richard Vana, Nicole Nash, Rachel Puda, Kathryn Cozzolino, and Barbara Shoemaker (collectively, "Plaintiffs"), and Community Physical Therapy & Associates, Ltd. and Robert Tripicchio (collectively, "Defendants"), hereby stipulate to the dismissal of this action with prejudice.

/s/ David Fish
Attorney for Plaintiffs

/s/ Jamie Robinson
Attorney for Defendants

Dated: 1/31/17